In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No.
06-11-00098-CR

                                                ______________________________

 

 

 

                                                                        IN
RE:

LOUIS
R. JONES

 

 

                                                                                                  


 

                                                                                                                            


                                                     Original
Mandamus Proceeding

 

                                                                                                  


 

 

 

 

                                          Before
Morriss, C.J., Carter and Moseley, JJ.

                                        Memorandum
Opinion by Chief Justice Morriss

                                                                              

                                                                              








                                                      MEMORANDUM
OPINION

 

            Louis R. Jones has petitioned this
Court for mandamus relief, naming as respondent the 202nd Judicial District
Court of Bowie County, Texas.  Jones asks
this Court to order the trial court to rule on his motion for judgment nunc pro
tunc, in order to credit Jones with time served for which no credit was given.

            Jones was convicted in trial court
cause number 07F0284-202 in the 202nd Judicial District Court of Bowie County,
Texas.  According to his petition, Jones
was sentenced to twenty-five years’ imprisonment in that case.  Jones alleges that, pursuant to a plea
agreement, he was to receive 990 days’ jail time credit for time served in the
Arkansas Department of Corrections while also being held on a fugitive warrant
from Bowie County, Texas, for the charge on which he was ultimately convicted
in Bowie County.

            Respondent has entered a nunc pro
tunc judgment in cause number 07F0284-202, giving Jones the credit he seeks.  Accordingly, we deny the petition for writ of
mandamus as moot.

 

            

                                                                                    Josh
R. Morriss, III

                                                                                    Chief
Justice

 

Date
Submitted:          May 25, 2011

Date
Decided:             May 26, 2011

 

Do Not
Publish